United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIN MERTZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1018 |
| | § | |
| LTC OF AUSTIN COUNTY III LLC | § | |
| | § | |
| Defendant. | | |

### ORDER OF DISMISSAL

Counsel for the parties have filed a Joint Stipulation of Dismissal. It is ORDERED that this cause be dismissed without prejudice with each parties to bear their own costs.

SIGNED on June 28, 2021, at Houston, Texas

_____
Lee H. Rosenthal
United States District Judge